IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY LANE COATES,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

    Defendants.

Case No. 17-cv-176 JPG/RJD

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: October 11, 2017

                                            *s/J. Phil Gilbert*
                                            UNITED STATES DISTRICT JUDGE